ary 19, 1912.) Action by Lydia Gray against James McLaughlin.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, P. J., and SCOTT, J., dissent, on grounds stated.

GRIFFITHS, Respondent, v. TOOMEY, Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Albert F. Griffiths against Cornelius P. Toomey. No opinion. Judgment of the Municipal Court affirmed, with costs. See, also, 145 App. Div. 933, 129 N. Y. Supp. 1125.

GRISWOLD v. RINGLING et al. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Action by M. Beulah Griswold against Otto Ringling and others.

PER CURIAM. Judgment affirmed, with costs.

KELLOGG AND SEWELL, JJ., dissent.

GROGAN, Respondent, v. CITY & SUBURBAN HOMES CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Robert T. Grogan against the City & Suburban Homes Company and another.

PER CURIAM. Judgment and order of the Municipal Court affirmed, with costs, as to defendant city of New York, and judgment and order reversed, and complaint dismissed, as to defendant City & Suburban Homes Company, without costs.

GROSS et al., Respondents, v. ROWLEY, Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Fred L. Gross and another against Leonard Rowley. No opinion. Motion for leave to appeal to the Court of Appeals denied. For former opinion, see 132 N. Y. Supp. 541.

GROSSMAN v. BRESSON et al. (Supreme Court, Appellate Division, Second Department. December 15, 1911.) Action by Morris Grossman against Sarah Bresson, and David Mendelson. No opinion. Judgment of the County Court of Kings county affirmed, with costs.

GRUBEL, Appellant, v. NASSAUER, Respondent. (Supreme Court, Appellate Division, First Department. December 15, 1911.) Action by Walburga Grubel against Gustav Nassauer. A. P. Wagener, for appellant. B. L. Hollander, for respondent. No opinion. Judgment (71 Misc. Rep. 585, 130 N. Y. Supp. 848) affirmed, with costs. Order filed.

GUARDIAN TRUST CO. v. CHURCH CONST. CO. (Supreme Court, Appellate Division, First Department. December 8, 1911.) Action by the Guardian Trust Company against the Church Construction Company. No opinion. Motion granted, with $10 costs. Order filed. See, also, 130 N. Y. Supp. 1113.

HALL, Appellant, v. FOX et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 28, 1911.) Action by Charles H. Hall against Ann S. Fox and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

HAMILTON v. MENDHAM (two cases). (Supreme Court, Appellate Division, First Department. December 22, 1911.) Actions by Peter Hamilton against Maurice B. Mendham. No opinions. Applications granted. Orders signed. See, also, 129 N. Y. Supp. 53.

HAMMOND et al., Appellants, v. MARCY et al., Respondents. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Action by Fred O. Hammond and another against John C. Marcy and another. No opinion. Judgment unanimously affirmed, with costs.

HARTMAN, Respondent, v. BERLIN & JONES ENVELOPE CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 15, 1911.) Action by John Hartman against the Berlin & Jones Envelope Company. No opinion. Motions denied, without costs. See, also, 131 N. Y. Supp. 1119.

In re HARTRIDGE. (Supreme Court, Appellate Division, First Department. December 29, 1911.) In the matter of Clifford W. Hartridge.

PER CURIAM. Proceeding dismissed. Settle order on notice.

CLARKE and DOWLING, JJ., dissent.

HASBROUCK, Respondent, v. MUNICIPAL TELEGRAPH & STOCK CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Action by Conrad E. Hasbrouck against the Municipal Telegraph & Stock Company. No opinion. Judgment and order unanimously affirmed, with costs.

HASTINGS, Respondent, v. UNDERWRITERS' REALTY & TITLE CO., Appellant. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by Mabel C. Hastings against the Underwriters' Realty & Title Company. H. Goldstein, for appellant. H. Remington, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

H. BRIDGMAN SMITH & CO., Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by H.

1132                          132 NEW YORK SUPPLEMENT

Bridgman Smith & Co. against the Brooklyn Heights Railroad Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

HEALY et al., Appellants, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 5, 1912.) Action by Anna L. Healy and others against the City of New York and others.

PER CURIAM. Order modified, by providing as a condition that defendants stipulate to be ready for trial and to try the cause when reached, and, as so modified, affirmed, without costs. See Smith & Sons Carpet Co. v. Ball, 137 App. Div. 100, 122 N. Y. Supp. 187; Heim v. New York Stock Exchange, 138 App. Div. 96, 98, 122 N. Y. Supp. 872.

HEINITZ, Respondent, v. DARMSTADT, Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Saul Heinitz against Frank Darmstadt.

PER CURIAM. Judgment of the County Court of Kings county affirmed, with costs. See, also, 143 App. Div. 948, 128 N. Y. Supp. 1127.

THOMAS, J., not voting.

HELFRICH, Respondent, v. ROBERT GAIR CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 5, 1912.) Action by Peter Helfrich, an infant, by Jacob Helfrich, his guardian ad litem, against the Robert Gair Company. No opinion. Judgment and order unanimously affirmed, with costs.

HERKERT, Appellant, v. YAWMAN & ERBE MFG. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 6, 1911.) Action by Rose Herkert, as administratrix, etc., against the Yawman & Erbe Manufacturing Company.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 129 N. Y. Supp. 1127.

SPRING and KRUSE, JJ., dissent.

HERZOG et al., Respondents, v. TITLE GUARANTEE & TRUST CO., Appellant. (Supreme Court, Appellate Division, First Department. December 29, 1911.) Action by Fanny McC. Herzog and another against the Title Guarantee & Trust Company. G. A. Strong, for appellant. R. L. Harrison, for respondents. No opinion. Motion denied. Order filed. See, also, 82 N. Y. Supp. 355; 132 N. Y. Supp. 1114.

HEWLETT, Respondent, v. KANSAS, Appellant. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Action by Edward M. Hewlett against Andrew Kansas. No opinion. Judgment and order unanimously affirmed, with costs.

In re HEYMANN. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) In the matter of the final accounting of Henry M. Heymann, as committee of the person and estate of John Cooney, a former incompetent. No opinion. Final order of the County Court of Kings county affirmed, with costs. See, also, 142 App. Div. 942, 127 N. Y. Supp. 1124.

HICKEY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 10, 1912.) Action by Elizabeth A. Hickey, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Motion for amendment to order of reversal denied, with $10 costs. For former decision, see 140 App. Div. 938, 125 N. Y. Supp. 1123.

HIGGINS, Respondent, v. FIFTH AVE. COACH CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 21, 1911.) Action by Margaret Higgins against the Fifth Avenue Coach Company. No opinion. Judgment and order unanimously affirmed, with costs.

HILLER, Appellant, v. HILLER et al., Respondents. (Supreme Court, Appellate Division, First Department. January 19, 1912.) Action by Geraldine Hiller, an infant, against Nita E. Hiller and another. C. B. Brophy, for appellant. C. L. Griffin, for respondents.

PER CURIAM. Judgment affirmed, with costs. Order filed.

SCOTT, J., dissents.

HIMMELSTEIN & ARKER CO., Appellant, v. REILLY, Respondent. (Supreme Court, Appellate Division, Second Department. December 8, 1911.) Action by the Himmelstein & Arker Company against John J. Reilly. No opinion. Motion denied, with $10 costs.

In re HINMAN. (Supreme Court, Appellate Division, Third Department. January 9, 1912.) In the matter of the application of Henry H. Hinman for the removal of Vena M. Hinman from office as administratrix of the estate of Charles N. Hinman, deceased. No opinion. Order settled. See, also, 131 N. Y. Supp. 861.

In re HINMAN. (Supreme Court, Appellate Division, Third Department. January 11, 1912.) In the matter of the application of Henry A. Hinman for the removal of Vena M. Hinman from office as administratrix of the estate of Charles N. Hinman, deceased. No opinion. Order amended, so as to provide that the application of the respondent upon the appeal for permission to file requests to find is denied. See, also, 131 N. Y. Supp. 861.

HOME TRUST CO. OF NEW YORK, Respondent, v. COLLINS et al., Appellants. (Su-